AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

KEVIN B.,

_____
*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

_____
*Defendant*

)
)
)
)
)
)

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**Sep 30, 2025**

**SEAN F. McAVOY, CLERK**

Civil Action No.   1:24-CV-03060-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:    Plaintiff's request to remand for benefits in the Opening Brief, ECF No. 10, is GRANTED.
Defendant's request to affirm the ALJ's decision in the Commissioner's Brief, ECF No. 13, is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    JAMES A. GOEKE _____

Date:   09/30/2025 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____

Allison Yates _____